**THE HONORABLE RICARDO S. MARTINEZ**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Defendant. | CIVIL ACTION NO.  2:15-cv-01554-RSM<br><br>**CONSENT DECREE AND ORDER APPROVING** |

## I. INTRODUCTION

1. This action originated when Patricia Hoffman ("Hoffman") filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC" or "Commission"). Hoffman alleged that Defendant Northwest Territorial Mint, LLC ("Defendant" or "NWTM") through the actions of its owner and president Ross Hansen, discriminated against her in violation of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. § 2000e, *et seq.*, by subjecting her and a class of similarly aggrieved female employees to a

4846-1264-6444.1

CONSENT DECREE - Page 1 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

hostile and abusive work environment based on their sex (Female), resulting in conditions so intolerable that Ms. Hoffman was constructively discharged from her position.

2. On July 3, 2015, the EEOC issued a Letter of Determination with a finding of reasonable cause to believe that Defendant violated Title VII regarding Hoffman and a class of similarly aggrieved female employees. Thereafter, EEOC attempted to conciliate the charge and conciliation was unsuccessful.

3. The Commission filed its Complaint on September 30, 2015, in the United States District Court for the Western District of Washington. The Complaint alleges that Defendant subjected Hoffman and a class of similarly aggrieved female employees (also referred to as "EEOC Class" and "EEOC Class Member") to a hostile work environment based on their sex, female, and constructively discharged Hoffman. The EEOC's class consisted of two other similarly aggrieved females as of September 30, 2015, which the EEOC expected would increase with additional discovery. The EEOC presently seeks relief for Hoffman and four other similarly aggrieved females.

4. The parties want to conclude fully and finally all claims arising out of the EEOC's Complaint and Ms. Hoffman's charge of discrimination filed with EEOC. The EEOC and Defendant enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in Title VII.

5. On April 1, 2016, NWTM filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Western District of Washington (the "Bankruptcy Case") (Case No. 16-11767-CMA). Pursuant to 11 U.S.C. § 362(a)(4), this action was not subject to the automatic stay. *See* 11 U.S.C. § 362; *EEOC v.*

4846-1264-6444.1

CONSENT DECREE - Page 2 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

*McLean Trucking Co.*, 834 F.2d 398 (4th Cir. 1987).  On April 11, 2016, the Court appointed Mark Calvert as the Chapter 11 Trustee pursuant to 11 U.S.C. § 1104.

6. Upon execution of this Consent Decree, the parties shall file a motion in the Bankruptcy Court pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9019, requesting an order approving the resolution of this lawsuit, including the allowance of the full amount of the monetary relief provided to the EEOC's Class Members be allowed as a general unsecured claim.  The Bankruptcy Court's order, if issued, shall not become effective unless this Court grants final approval of the Consent Decree.  The EEOC will then file an amended proof of claim against the Bankruptcy Estate after issuance of the Bankruptcy Court's order and this Court's final approval of the Consent Decree.

## II.  SETTLEMENT SCOPE

7. This Consent Decree is the final and complete resolution of all allegations of unlawful employment practices contained in Hoffman's discrimination charge, in the EEOC's administrative determination, and in the EEOC's Complaint filed herein under Title VII on behalf of Hoffman and EEOC Class Members Lauren Bailie, Judy Elder, Stephanie Seretis, and Angela Boddy, including all claims by the EEOC and Defendant for attorney fees and costs.

## III.  MONETARY RELIEF

8. In settlement of this lawsuit, Hoffman and other EEOC Class Members shall have an allowed general unsecured claim (the "Allowed General Unsecured Claim") in the total

4846-1264-6444.1

CONSENT DECREE - Page 3 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

amount of $725,000.00 *in re Northwest Territorial Mint, L.L.C.*, Case No. 16-11767-CMA (Bankr. W.D. Wa.), in specific amounts allocated by the EEOC below.

    a.    A claim in the amount of one-thousand-seven-hundred-and-seventy-six dollars ($1,776) as back pay from June 11, 2014 when she was constructively discharged to July 1, 2014 when she found alternative work, payable to Hoffman.  Defendant will issue Hoffman an IRS Form W-2 for the back pay described in this subpart (a).

    b.    A separate claim in the amount of one-hundred-forty-four-thousand, six-hundred-and-forty-four–dollars-and eighty-cents ($ 144,644.80) as compensatory damages payable to Hoffman.   Defendant will issue Hoffman an IRS Form 1099 for the payment described in this subpart (b).

    c.    A separate claim in the amount of one-hundred-forty-four-thousand, six-hundred-and-forty-four–dollars-and eighty-cents ($ 144,644.80) as compensatory damages payable to EEOC Class Member Lauren Bailie ("Bailie").    Defendant will issue Bailie an IRS Form 1099 for the payment described in this subpart (c).

    d.    A separate claim in the amount of one-hundred-forty-four-thousand, six-hundred-and-forty-four–dollars-and eighty-cents ($ 144,644.80)  as compensatory damages payable to EEOC Class Member Judy Elder ("Elder").  Defendant will issue Elder an IRS Form 1099 for the payment described in this subpart (d).

    e.    A separate claim in the amount of one-hundred-forty-four-thousand, six-hundred-and-forty-four–dollars-and eighty-cents ($ 144,644.80) as compensatory damages payable to

4846-1264-6444.1

CONSENT DECREE - Page 4 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

EEOC Class Member Stephanie Seretis ("Seretis").  Defendant will issue Seretis an IRS Form 1099 for the payment described in this subpart (e).

f. A separate claim in the amount of one-hundred-forty-four-thousand, six-hundred-and-forty-four–dollars-and eighty-cents ($ 144,644.80) as compensatory damages payable to EEOC Class Member Angela Boddy ("Boddy").  Defendant will issue Boddy an IRS Form 1099 for the payment described in this subpart (f).

NWTM shall provide an accounting of deductions, including all taxes required by law, from the foregoing payments to Hoffman and each of the EEOC Class Members listed above. NWTM shall provide copies of the associated accounting to EEOC counsel via certified mail no later than thirty (30) days after the final distribution to creditors made in the case *in re Northwest Territorial Mint, L.L.C.*, Case No. 16-11767-CMA (Bankr. W.D. Wa.).

9. Defendant will not condition the receipt of monetary relief by requiring Hoffman, Bailie or any other EEOC Class Member in this suit to: (a) maintain as confidential the facts and/or allegations underlying her charge and complaint and the terms of this Decree; (b) waive her statutory right to file a future charge with any government agency; (c) agree to a non-disparagement and/or confidentiality agreement; or (d) release any claims beyond the Title VII claims at issue in this action and which this Consent Decree resolves.

## IV.   INJUNCTIVE AND OTHER RELIEF

A.   General Provisions

10. Defendant, Ross Hansen, its officers, agents, managers, and supervisors and all human resource professionals who provide advice and assistance to the foregoing individuals are

4846-1264-6444.1

CONSENT DECREE - Page 5 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

enjoined from engaging in practices which constitute harassment based on any employee's sex. In recognition of its obligations under Title VII, Defendant shall institute the policies and practices set forth below at all of its facilities and divisions in the state of Washington and Dayton, Nevada, and any other facility or division that employs fifteen or more individuals in one geographic location on or prior to July 1, 2016 collectively, the "Defendant's Operations")

B.     Anti-Discrimination Policies and Procedures

11.    Defendant shall carry out anti-discrimination policies, procedures and training for all management personnel, supervisors and employees.

12.    Within sixty (60) days of the date of entry of this Consent Decree, Defendant will revise and submit the following to the EEOC for review and consideration: (a) a written equal employment opportunity policy which defines harassment consistent with Title VII, prohibits retaliation against any current or former employee for opposing any practice made unlawful by Title VII and defines the responsibilities of managers and supervisors to enforce these policies; (b) a harassment complaint and investigation procedure with a special emphasis on how an employee may file a harassment complaint against the owner and/or President of NWTM, and how such a complaint will be investigated and by whom, and how each investigation will be documented; and (c) a personnel policy that holds managers and supervisors accountable if he/she fails to report, investigate or stop harassment, including but not limited to disciplinary action. The EEOC will notify Defendant of any concerns about the Defendant's policies within thirty (30) days after receiving drafts of the foregoing policies, and agrees to work with Defendant in good faith to resolve any concerns with the foregoing policies.

4846-1264-6444.1

CONSENT DECREE - Page 6 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

After incorporating revisions to resolve any concerns raised by the EEOC to the foregoing policies, Defendant will confirm that it has distributed a written copy of its most recent EEO policies to its owner, managers, supervisors and employees no later than one-hundred-twenty (120) days after entry of this Consent Decree.

C.   Equal Employment Opportunity Training

13.   Defendant shall provide annual EEO training to the owner, all of its managers, supervisors, Human Resources staff, and all employees during the pendency of this Consent Decree. This anti-discrimination training shall include, at a minimum, a discussion of federal law prohibiting harassment, and a review of Defendant's EEO policies and updates or revisions thereto. The training shall instruct attendees about how to identify harassment, the acceptable avenues of complaint, and the steps Defendant will take to investigate any harassment complaint. The training shall describe appropriate workplace civility standards in order to prevent hostile work environments from arising. The training shall also describe bystander intervention procedures so that all employees will know that they can report suspected hostile work environments even if they are not subjected to them personally and without fear of retaliation for doing so. Training materials and background information about the provider for the first year of this Consent Decree must be submitted to the EEOC no later than sixty (60) days of the date of entry of this Consent Decree to allow the EEOC the opportunity to comment on the training, and for Defendant to revise the training materials accordingly. For each year of the Consent Decree thereafter, Defendant will submit training materials and background information about the provider to the EEOC at least thirty (30) days prior to the training session to allow the EEOC the

4846-1264-6444.1

CONSENT DECREE - Page 7 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

opportunity to comment on the training, and for Defendant to revise the training materials accordingly.

14. After incorporating revisions to resolve any concerns raised by the EEOC to the foregoing training session, Defendant shall provide the EEO training noted in Paragraph 11 for the first year of this Consent Decree to its owner, managers, supervisors and employees no later than one-hundred-twenty (120) days after entry of this Consent Decree.

15. For the duration of this Consent Decree, Defendant shall notify the EEOC in writing of the completion of the training seminars and shall specify the names and job titles of Ross Hansen, managers, supervisors and employees who participated in and completed the training. This information shall be provided as part of the annual report Defendant submits to the EEOC.

D. Non-Disclosure of Information

16. Defendant shall not disclose any information or make reference to any charge of discrimination or this lawsuit in responding to requests for information about Hoffman or any of the EEOC's Class Members in this suit.

E. Policies Designed to Promote Accountability

17. Defendant agrees that it shall impose discipline, up to and including termination of employment, upon any manager, supervisor or employee who harasses an NWTM employee based on his/her sex, or fails to report, investigate or stop harassment about which he/she becomes aware. Defendant also agrees to report any harassment complaint against Ross Hansen

4846-1264-6444.1
CONSENT DECREE - Page 8 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

by any NWTM employee to the EEOC within thirty (30) days of receiving the complaint. Defendant shall communicate this zero tolerance and accountability policy to Ross Hansen, all managers, supervisors and employees within ten (10) days of the entry of the Consent Decree.

18.     Defendant agrees that it shall advise Ross Hansen, all managers and supervisors in writing within ten (10) days of the entry of the Consent Decree of their duty to ensure compliance with anti-discrimination laws and the Company's EEO policy.  In conducting performance reviews, the Company shall hold each manager, and supervisor accountable for EEO enforcement and compliance.

F.    Reporting

19.     Defendant shall report to the EEOC for the duration of this Consent Decree.  The first report shall be submitted twelve (12) months after the entry of this Consent Decree and annually thereafter until the expiration of this Decree. The reports shall be in writing and submitted on an annual basis during the four-year reporting period. The reporting period will run from the date of the entry of this Consent Decree.

20.     These annual reports shall contain the following information and attachments:

a.     Certification that Defendant has:

1.    Revised and maintained its written EEO policies and procedures and annually distributed copies of its EEO policy as described in Paragraphs 11 and 12;

2.    Complied with the training provisions enumerated in this Consent Decree in Paragraphs 13-15;

4846-1264-6444.1

CONSENT DECREE - Page 9 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

       3.      Reported any harassment complaint against Ross Hansen by any NWTM employee to the EEOC within thirty (30) days of receiving the complaint as required by Paragraph 17;

       4.      Continued to enforce policies and procedures to promote EEO accountability by managers and supervisors, as required by Paragraph 17-18; and

       5.      Complied with all other provisions of this Consent Decree.

b.    Copies of the following documents shall be included with each annual report submitted to the Seattle Filed Office of the EEOC:

       1.      A copy of the Company's EEO policy and procedures developed and implemented in accordance with the provisions of this Consent Decree;

       2.      A summary of formal or informal discrimination complaints that allege harassment, if any, filed by any employee, and the resolution of each such complaint;

       3.      A sign-in sheet or list of the names and job titles of Ross Hansen, and each manager, supervisor and employee of the Defendant who completed EEO training and the dates the training was conducted during the previous reporting period.

21.    If applicable, Defendant shall submit a statement with its report to the EEOC specifying the areas of noncompliance, the reason for the noncompliance, and the steps that were or shall be taken to bring the Company into compliance.

G.    <u>Posting</u>

22.    Defendant shall post a Notice to All Employees.  This Notice is attached as Exhibit 1 to this Consent Decree.  The Notice shall be posted on a centrally located bulletin board at each of Defendant's facilities and divisions in the state of Washington and Dayton, Nevada, and any other facility or division that employs fifteen or more individuals in one geographic location.

4846-1264-6444.1

CONSENT DECREE - Page 10 of 15 (2:15-cv-01554-RSM)

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## V. SUCCESSOR LIABILITY

23. In accordance with Federal Rule of Bankruptcy Procedure 2002 Defendant shall provide notice to the EEOC of any motion for an order authorizing the sale of any ownership interest in any component of Defendant's operations to an individual and/or entity (including the name of the individual and/or entity, a contact person, mailing address and telephone number).

24. This Consent Decree is binding upon, and shall inure to the benefit of the Parties hereto , including any debtor under a confirmed plan of reorganization in the Reorganization Cases (the "Reorganized Debtor"), and any trustee, examiner or receiver appointed in the Bankruptcy Case.

25. Defendant further agrees that the terms of this Consent Decree are binding on any individual, entity and/or successor after it acquires any ownership interest in any component of Defendant's Operations after July 1, 2016 to the extent the following conditions are met: (a) Ross Hansen owns, directly or indirectly, any part of the entity and/or successor, is an officer, director, or board member of, or is employed in any capacity by the entity and/or successor that acquires any ownership interest in any component of Defendant's Operations; and (b) if Ross Hansen, in his individual capacity, directly or indirectly purchases the Defendant's Operations (the "Bound Successors").  Defendant agrees that any Asset Purchase Agreement or similar agreement entered into with any Bound Successor involving the purchase of any of the Defendant's Operations contains an assumption of liabilities clause requiring compliance with the terms of the Consent Decree.

4846-1264-6444.1

CONSENT DECREE - Page 11 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## VI. ENFORCEMENT

26. If the EEOC determines that Defendant has not complied with the terms of this Consent Decree, the EEOC shall provide written notification of the alleged breach to Defendant. The EEOC shall not petition the Court for enforcement of this Consent Decree for at least twenty (20) days after providing written notification of the alleged breach. The 20-day period following the written notice shall be used by the EEOC and Defendant for good faith efforts to resolve the dispute.

## VII. RETENTION OF JURISDICTION

27. The United States District Court for the Western District of Washington at Seattle shall retain jurisdiction over this matter for the duration of this Consent Decree.

## VIII. DURATION AND TERMINATION

28. This Consent Decree shall be in effect for: (a) six (6) years from the date of the entry of the Decree if (i) Ross Hansen owns, directly or indirectly any part of the Reorganized Debtor, (ii) Ross Hansen owns, directly or indirectly, any part of an entity and/or successor that acquires any ownership interest in any component of Defendant's operations, or (iii) Ross Hansen is an officer, director, or board member of, or employed in any capacity by, the entity and/or successor that acquires any ownership interest in any component of Defendant's Operations; or (b) four (4) years from the date of entry of the Decree. If the EEOC petitions the Court for breach of this Consent Decree, and the Court finds Defendant to be in violation of the terms of the Consent Decree, the Court may extend the duration of this Consent Decree.

4846-1264-6444.1

CONSENT DECREE - Page 12 of 15 (2:15-cv-01554-RSM)

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Respectfully submitted this _____ day of _____, 2016.


BY:_____

ROBERTA L. STEELE
Regional Attorney

JOHN F. STANLEY
Supervisory Trial Attorney

MAY R. CHE
Senior Trial Attorney

DAMIEN A. LEE
Senior Trial Attorney


Attorneys for Plaintiff Equal Employment Opportunity Commission


BY:_____
Benjamin J. Stone
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Tel (206) 436-2020
Fax (206) 436-2030
Benjamin.Stone@lewisbrisbois.com

Attorneys for Defendant Northwest Territorial Mint, LL



BY: _____

Mark Calvert

4846-1264-6444.1

CONSENT DECREE - Page 13 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Chapter 11 Bankruptcy Trustee for
Northwest Territorial Mint, LLC

BY: _____

Michael J. Gearin
David C. Neu
Brian T. Petersen
K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Attorneys for Chapter 11 Bankruptcy Trustee for Northwest Territorial Mint, LLC

4846-1264-6444.1
CONSENT DECREE - Page 14 of 15 (2:15-cv-01554-RSM)

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

**ORDER APPROVING CONSENT DECREE**

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 31 day of January 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

4846-1264-6444.1
CONSENT DECREE - Page 15 of 15 (2:15-cv-01554-RSM)

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882